TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00595-CR

NO. 03-98-00596-CR

Jaime Lee Garcia, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT

NOS. 93-141-K26 & 93-221-K26 

HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

PER CURIAM

Counsel for appellant has moved to permanently abate these appeals because of the
death of appellant. Tex. R. App. P. 7.1(a)(2). The motion is granted. The appeals are
permanently abated.

Before Chief Justice Aboussie, Justices Kidd and Patterson

Permanently Abated

Filed: May 6, 1999

Do Not Publish